HON. RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DR. ALIANA ROSA and DAVID CLARK,<br><br>                       Plaintiffs,<br><br>   v.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I., a Foreign Corporation; and WASHINGTON WATER RESTORATION INC. d/b/a WASHINGTON WATER DAMAGE & CLEANING SERVICES, a Washington Corporation,<br><br>                       Defendants. | No. 2:19-cv-01988-RSM<br><br>STIPULATION AND ORDER CONTINUING DEADLINES |

## **STIPULATION**

Plaintiffs Dr. Aliana Rosa and David Clark and defendants American Family Mutual Insurance Company and Washington Water Restoration Inc. d/b/a Washington Water Damage & Cleaning hereby stipulate as follows:

1.    Plaintiffs filed a Motion to Remand on December 12, 2019, which is pending before the Court. Dkt. 7. The parties agree to continue two near-term deadlines pending the outcome of the Court's ruling.

STIPULATION AND ORDER CONTINUING DEADLINES
(No. 2:19-cv-01988-RSM) - 1

P<small>LAINTIFF</small> L<small>ITIGATION</small> G<small>ROUP</small> <small>PLLC</small>
95 South Jackson Street, Suite 100
Seattle, Washington 98104
Tel. 206-203-9100 Fax 206-785-1702

2. The parties agree to continue the date of (1) the deadline for joining additional parties; and (2) the deadline for amending pleadings for a period of 60 days following the Court's ruling on plaintiffs' pending Motion to Remand.

WHEREFORE, the parties hereby stipulate and agree that (1) the deadline for joining additional parties; and (2) the deadline for amending pleadings be continued from February 26, 2020, to 60 days following the Court's ruling on plaintiffs' pending Motion to Remand.

AGREED:

Dated this 24th day of February, 2020

| PLAINTIFF LITIGATION GROUP, PLLC | COLE WATHEN LEID & HALL, P.C. |
|---|---|
| By: s/ *Kathryn M. Knudsen* <br> Isaac Ruiz, WSBA #35237 <br> Kathryn Knudsen, WSBA #41075 <br> Plaintiff Litigation Group, PLLC <br> 95 S. Jackson St., Suite 100 <br> Seattle, WA 98104 <br> Telephone: (206) 203-9100 <br> Fax: (206) 785-1702 <br> iruiz@plaintifflit.com <br> kknudsen@plaintifflit.com <br><br> *Attorneys for Plaintiffs* | By: s/ *Kathryn M. Knudsen with Email Authority for:* <br> Rory W. Leid, WSBA #25075 <br> Jeremy Muth, WSBA #52055 <br> COLE \| WATHEN \| LEID \| HALL P.C. <br> 1505 Westlake Avenue, Suite 700 <br> Seattle, WA 98109 <br> Tel. (206) 622-0494 <br> rleid@cwlhlaw.com <br> jmuth@cwlhlaw.com <br><br> *Attorneys for Defendant American Family* |

FORSBERG & UMLAUF, P.S.

By: s/ *Kathryn M. Knudsen with Email Authority for:*
Carl E. Forsberg, WSBA #17025
Ryan Hesselgeser, WSBA #40720
Forsberg & Umlauf P.S.
901 5th Avenue, Suite 1400
Seattle, WA 98164
**cforsberg@FoUm.law**
**rhesselgesser@FoUm.law**

*Attorneys for Defendant Washington Water*

STIPULATION AND ORDER CONTINUING DEADLINES
(No. 2:19-cv-01988-RSM) - 2

**PLAINTIFF LITIGATION GROUP PLLC**
95 South Jackson Street, Suite 100
Seattle, Washington 98104
Tel. 206-203-9100 Fax 206-785-1702

# ORDER

Based on the foregoing stipulation of the parties, and the Court otherwise finding good cause, the parties' stipulation to continue certain deadlines is GRANTED. The Clerk of Court shall extend (1) the deadline for joining additional parties; and (2) the deadline for amending pleadings from February 26, 2020, to 60 days following the Court's ruling on plaintiffs' pending Motion to Remand, and amend the case scheduling order accordingly.

**IT IS SO ORDERED.**

Dated this 25 day of February 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

APPROVED:

Dated this 24th day of February, 2020.

| PLAINTIFF LITIGATION GROUP, PLLC | COLE WATHEN LEID & HALL, P.C. |
|---|---|
| By: s/ *Kathryn M. Knudsen* <br> Isaac Ruiz, WSBA #35237 <br> Kathryn Knudsen, WSBA #41075 <br> Plaintiff Litigation Group, PLLC <br> 95 S. Jackson St., Suite 100 <br> Seattle, WA 98104 <br> Telephone: (206) 203-9100 <br> Fax: (206) 785-1702 <br> iruiz@plaintifflit.com <br> kknudsen@plaintifflit.com | By: s/ *Kathryn M. Knudsen with Email Authority for:* <br> Rory W. Leid, WSBA #25075 <br> Jeremy Muth, WSBA #52055 <br> COLE \| WATHEN \| LEID \| HALL P.C. <br> 1505 Westlake Avenue, Suite 700 <br> Seattle, WA 98109 <br> Tel. (206) 622-0494 <br> rleid@cwlhlaw.com <br> jmuth@cwlhlaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant American Family* |

STIPULATION AND ORDER CONTINUING DEADLINES
(No. 2:19-cv-01988-RSM) - 3

**PLAINTIFF LITIGATION GROUP PLLC**
95 South Jackson Street, Suite 100
Seattle, Washington 98104
Tel. 206-203-9100 Fax 206-785-1702

FORSBERG & UMLAUF, P.S.


By: s/ *Kathryn M. Knudsen with Email Authority for:*
Carl E. Forsberg, WSBA #17025
Ryan Hesselgeser, WSBA #40720
Forsberg & Umlauf P.S.
901 5th Avenue, Suite 1400
Seattle, WA 98164
cforsberg@FoUm.law
rhesselgesser@FoUm.law

*Attorneys for Defendant Washington Water*

STIPULATION AND ORDER CONTINUING DEADLINES
(No. 2:19-cv-01988-RSM) - 4

PLAINTIFF LITIGATION GROUP PLLC
95 South Jackson Street, Suite 100
Seattle, Washington 98104
Tel. 206-203-9100 Fax 206-785-1702